IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-972 (RGA) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Otsuka Pharmaceutical Co., Ltd. and Defendant Alkem Laboratories Ltd. hereby stipulate and agree that the above action, including all claims, counterclaims and affirmative defenses, is dismissed without prejudice, and without costs, disbursements or attorneys' fees awarded to any party.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com | Kenneth L Dorsney (#3726) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, Delaware 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com |
| OF COUNSEL: <br><br> John D. Murnane <br> Joshua I. Rothman <br> Zachary L. Garrett <br> FITZPATRICK, CELLA, HARPER & SCINTO <br> 1290 Avenue of the Americas <br> New York, NY 10104-3800 <br> (212) 218-2100 <br> *Attorneys for Plaintiff* <br> *Otsuka Pharmaceutical Co., Ltd* | OF COUNSEL: <br><br> Stephen R. Auten <br> TAFT STETTINIUS & HOLLISTER LLP <br> 111 East Wacker Drive, Suite 2800 <br> Chicago, Illinois 60601 <br> (312) 527-4000 <br> *Attorneys for Defendant* <br> *Alkem Laboratories Limited* |

SO ORDERED this \_\_\_\_1\_\_\_\_ day of \_\_\_\_Oct_____, 2018.

_____
Hon. Richard G. Andrews